**Dismissed and Memorandum Opinion filed January 24, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00962-CV

---

### RALPH JOSEPH BIANCHI, Appellant

### V.

### KERRI M. FOLEY, Appellee

---

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. CV-00067620**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 27, 2012. The notice of appeal was filed October 15, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On December 6, 2012, this court ordered appellant to pay the appellate filing fee on or before December 21, 2012, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.